UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re: §
§
WRIGHT, KEN DEAN § Case No. 15-14291
WRIGHT, RACHEL DESIREE §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOEL HALL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 11,224.00 *(Without deducting any secured claims)* | Assets Exempt: 1,866.00 |
| Total Distributions to Claimants: 1,643.79 | Claims Discharged Without Payment: 111,681.66 |
| Total Expenses of Administration: 1,871.21 | |

3) Total gross receipts of $ 5,572.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,057.21 (see **Exhibit 2**), yielded net receipts of $ 3,515.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 10,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,871.21 | 1,871.21 | 1,871.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,490.97 | 12,724.48 | 12,724.48 | 1,643.79 |
| **TOTAL DISBURSEMENTS** | $ 118,490.97 | $ 14,595.69 | $ 14,595.69 | $ 3,515.00 |

4) This case was originally filed under chapter 7 on 11/05/2015. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2017          By:/s/JOEL HALL, TRUSTEE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 5,572.21 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,572.21** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KEN D. WRIGHT | Non-Estate Funds Paid to Third Parties | 8500-000 | 2,057.21 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,057.21** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Excredauto | | 0.00 | NA | NA | 0.00 |
| | Express Credit Auto Box 4000 Oklahoma City, OK 73112 | | 10,000.00 | NA | NA | 0.00 |
| | Professional Finance C 5754 W 11th St Ste 100 Greeley, CO 80634 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 10,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOEL HALL, TRUSTEE | 2100-000 | NA | 878.75 | 878.75 | 878.75 |
| JOEL HALL, TRUSTEE | 2200-000 | NA | 81.56 | 81.56 | 81.56 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 90.00 | 90.00 | 90.00 |
| HALL, JOEL C. | 3110-000 | NA | 775.00 | 775.00 | 775.00 |
| HALL, JOEL C. | 3120-000 | NA | 45.90 | 45.90 | 45.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,871.21 | $ 1,871.21 | $ 1,871.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI Box 3517 Bloomington, IL 61702-3517 | | 839.29 | NA | NA | 0.00 |
| | Acct Mgmt Resouces Llc 2915 N Classen Blvd Oklahoma City, OK 73106 | | 480.00 | NA | NA | 0.00 |
| | Acct Mgmt Resouces Llc 2915 N Classen Blvd Oklahoma City, OK 73106 | | 361.00 | NA | NA | 0.00 |
| | Acct Mgmt Resouces Llc 2915 N Classen Blvd Oklahoma City, OK 73106 | | 146.00 | NA | NA | 0.00 |
| | Ars Account Resolution 1643 Harrison Pkwy Ste 1 Sunrise, FL 33323 | | 114.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Business Revenue Syste 2419 Spy Run Ave Ste A Fort Wayne, IN 46805 | | 40.00 | NA | NA | 0.00 |
| | Business Revenue Syste 2419 Spy Run Ave Ste A Fort Wayne, IN 46805 | | 39.00 | NA | NA | 0.00 |
| | Cavalry Portfolio Serv Po Box 27288 Tempe, AZ 85285 | | 2,707.00 | NA | NA | 0.00 |
| | Cbe Group 1309 Technology Pkwy Cedar Falls, IA 50613 | | 165.00 | NA | NA | 0.00 |
| | Central State Recovery 1314 N Main St Hutchinson, KS 67501 | | 124.00 | NA | NA | 0.00 |
| | Central State Recovery 1314 N Main St Hutchinson, KS 67501 | | 99.00 | NA | NA | 0.00 |
| | Central State Recovery 1314 N Main St Hutchinson, KS 67501 | | 79.00 | NA | NA | 0.00 |
| | Central State Recovery 1314 N Main St Hutchinson, KS 67501 | | 26.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cer Sts Rec 2500 N Main, Ste D Hutchinson, KS 67502 | | 104.00 | NA | NA | 0.00 |
| | Colorado Student Loans 999 18th St Ste 425 Denver, CO 80202 | | 13,138.00 | NA | NA | 0.00 |
| | Commonwealth Financial 245 Main St Dickson City, PA 18519 | | 200.00 | NA | NA | 0.00 |
| | Commonwealth Financial 245 Main St Dickson City, PA 18519 | | 200.00 | NA | NA | 0.00 |
| | Credit Control Corp 11821 Rock Landing Dr Newport News, VA 23606 | | 57.00 | NA | NA | 0.00 |
| | Credit Servi Pob 60566 Oklahoma City, OK 73146 | | 104.00 | NA | NA | 0.00 |
| | Credit Systems Intl In 1277 Country Club Ln Fort Worth, TX 76112 | | 327.00 | NA | NA | 0.00 |
| | Credit Systems Intl In 1277 Country Club Ln Fort Worth, TX 76112 | | 137.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Delivery Financial Services LLC PO Box 41097 Phoenix, AZ 85080 |  | 21.44 | NA | NA | 0.00 |
|  | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 |  | 3,779.00 | NA | NA | 0.00 |
|  | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 |  | 1,867.00 | NA | NA | 0.00 |
|  | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 |  | 1,844.00 | NA | NA | 0.00 |
|  | Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL 32256 |  | 680.00 | NA | NA | 0.00 |
|  | Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL 32256 |  | 137.00 | NA | NA | 0.00 |
|  | Esb/Harley Davidson Cr Po Box 21829 Carson City, NV 89721 |  | 6,059.00 | NA | NA | 0.00 |
|  | FMS Box 1115 Charlotte, NC 28201-1115 |  | 15,566.87 | NA | NA | 0.00 |
|  | Fed Loan Serv Po Box 60610 Harrisburg, PA 17106 |  | 2,575.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fed Loan Serv Po Box 60610 Harrisburg, PA 17106 | | 145.00 | NA | NA | 0.00 |
| | Fms Inc 4915 S Union Ave Tulsa, OK 74107 | | 302.00 | NA | NA | 0.00 |
| | Gm Financial Po Box 181145 Arlington, TX 76096 | | 4,768.00 | NA | NA | 0.00 |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | 294.00 | NA | NA | 0.00 |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | 66.00 | NA | NA | 0.00 |
| | Jana Ferrell And Assoc 1432 W Britton Rd Ste 2 Oklahoma City, OK 73114 | | 43.00 | NA | NA | 0.00 |
| | Kansas Counselors In 8725 Rosehill Road #415 Lenexa, KS 66215 | | 27.00 | NA | NA | 0.00 |
| | Kansas Counselors Of K 1421 N Saint Paul St Wichita, KS 67203 | | 27.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 1,281.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Military Star 3911 S Walton Walker Blv Dallas, TX 75236 | | 2,782.00 | NA | NA | 0.00 |
| | National Bureau Collec 5922 Se 15th St Midwest City, OK 73110 | | 149.00 | NA | NA | 0.00 |
| | Nationcoll 2002 Summit Blvd Suite 600 Atlanta, GA 30319 | | 165.00 | NA | NA | 0.00 |
| | Norman Neuroscience Physicians Box 1330 Norman, OK 73070-1330 | | 19.37 | NA | NA | 0.00 |
| | Norman Regional 901 North Porter Avenue Norman, OK 73071 | | 6,950.00 | NA | NA | 0.00 |
| | Preferred Credit Inc 3051 2nd St S Ste 200 Saint Cloud, MN 56301 | | 1,518.00 | NA | NA | 0.00 |
| | Professional Finance C 5754 W 11th St Ste 100 Greeley, CO 80634 | | 375.00 | NA | NA | 0.00 |
| | Professional Finance C 5754 W 11th St Ste 100 Greeley, CO 80634 | | 346.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Professional Finance C 5754 W 11th St Ste 100 Greeley, CO 80634 | | 338.00 | NA | NA | 0.00 |
| | Professional Finance C 5754 W 11th St Ste 100 Greeley, CO 80634 | | 54.00 | NA | NA | 0.00 |
| | Receivables Performanc 20816 44th Ave W Lynnwood, WA 98036 | | 4,653.00 | NA | NA | 0.00 |
| | Rickman & Rickman Po Box 212269 Columbia, SC 29221 | | 130.00 | NA | NA | 0.00 |
| | Security Po Box 811 Consumer Verification Spartanburg, SC 29304 | | 486.00 | NA | NA | 0.00 |
| | Sprint Box 650338 Dallas, TX 75265-0338 | | 650.00 | NA | NA | 0.00 |
| | Stellar Recovery Inc 4500 Salisbury Rd Ste 10 Jacksonville, FL 32216 | | 135.00 | NA | NA | 0.00 |
| | Sun Loan Company 104 S Crawford Ave Norman, OK 73069 | | 532.00 | NA | NA | 0.00 |
| | Thekey | | 10,879.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tinker Fcu Po Box 45750 Oklahoma City, OK 73145 | | 3,356.00 | NA | NA | 0.00 |
| | Tinker Fcu Po Box 45750 Oklahoma City, OK 73145 | | 412.00 | NA | NA | 0.00 |
| | Works & Lentz, Inc. 3030 Nw Expressway, Suite 225 Oklahoma City, OK 73112-5466 | | 7,254.00 | NA | NA | 0.00 |
| | Works & Lentz, Inc. 3030 Nw Expressway, Suite 225 Oklahoma City, OK 73112-5466 | | 346.00 | NA | NA | 0.00 |
| | Works & Lentz, Inc. 3030 Nw Expressway, Suite 225 Oklahoma City, OK 73112-5466 | | 103.00 | NA | NA | 0.00 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,500.00 | 4,374.54 | 4,374.54 | 565.12 |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 531.00 | 521.26 | 521.26 | 67.34 |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,725.00 | 1,692.99 | 1,692.99 | 218.70 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 643.31 | 643.31 | 83.10 |
| 000010 | ARVEST BANK | 7100-000 | 531.00 | 531.23 | 531.23 | 68.63 |
| 000009 | OG&E ELECTRIC SERVICES | 7100-000 | NA | 547.06 | 547.06 | 70.67 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 431.00 | 431.00 | 55.68 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 590.46 | 590.46 | 76.28 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 590.46 | 590.46 | 76.28 |
| 000004 | U.S. DEPARTMENT OF EDUCATION CO FED | 7100-000 | 3,603.00 | 2,802.17 | 2,802.17 | 361.99 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 108,490.97 | $ 12,724.48 | $ 12,724.48 | $ 1,643.79 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-14291   JDL   Judge: JANICE D. LLOYD | Trustee Name: | JOEL HALL, TRUSTEE |
|---|---|---|---|
| Case Name: | WRIGHT, KEN DEAN | Date Filed (f) or Converted (c): | 11/05/15 (f) |
| | WRIGHT, RACHEL DESIREE | 341(a) Meeting Date: | 12/08/15 |
| For Period Ending: | 11/14/17 | Claims Bar Date: | 09/14/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CASH<br>   Currency | 40.00 | 24.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br>   Tinker Feder Credit Union account savings xxx3139 | 20.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS<br>   landlord deposit | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS<br>   washer, dryer, fridge, table and chairs, 40" television, couch, love seat, king bed, two night stands, two full size bed, three twin beds, misc. dressers and tables and lamps, laptop Location: 1200 Springlake Road, Newcastle OK 73065 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL<br>   clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY<br>   wedding band Location: 1200 Springlake Road, Newcastle OK 73065 | 100.00 | 0.00 | | 0.00 | FA |
| 7. FIREARMS AND HOBBY EQUIPMENT<br>   .9 mm pistol Location: 1200 Springlake Road, Newcastle OK 73065 | 200.00 | 0.00 | | 0.00 | FA |
| 8. PENSION / PROFIT SHARING<br>   simple IRA Location: 1200 Springlake Road, Newcastle OK 73065h | 130.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES<br>   2010 Chevrolet Explorer about 98,000 miles 6 c ylineders | 10,000.00 | 0.00 | | 0.00 | FA |
| 10. TAX REFUNDS (u)<br>   84.6% of net refunds of $2,401.00 | 5,572.21 | 5,572.21 | | 5,572.21 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $18,662.21 | $6,796.21 | | $5,572.21 | $0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-14291   JDL   Judge: JANICE D. LLOYD | Trustee Name: | JOEL HALL, TRUSTEE |
|---|---|---|---|
| Case Name: | WRIGHT, KEN DEAN | Date Filed (f) or Converted (c): | 11/05/15 (f) |
| | WRIGHT, RACHEL DESIREE | 341(a) Meeting Date: | 12/08/15 |
| | | Claims Bar Date: | 09/14/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 12, 2016, 01:20 pm TRUSTEE ASSERTING INTEREST IN 84.6% OF NET REFUNDS OF $4,156 OR $3,515.00.

June 16, 2016, 11:13 am TO FILE MOTION TO ABANDON TO DEBTORS $2,057.21.

July 01, 2016, 02:22 pm  ORDER TO RELEASE FUNDS TO DEBTOR.  ORDER TO EMPLOY COUNSEL.

July 06, 2016, 08:45 am CHECK PICKED UP BY DEBTOR.

September 22, 2016, 09:13 am APLLICATION TO PAY COUNSEL.

September 26, 2016, 03:35 pm ORDER FOR ATTORNEY'S FEES AND COSTS.

March 22, 2017, 06:56 pm TRUSTEE APP TO UST FOR REVIEW

April 05, 2017, 05:42 pm  - FINAL REPOR TO AUST FOR REVIEW.

March 28, 2017, 04:16 pm ORDER APPROVING TRUSTEE FEES.

Initial Projected Date of Final Report (TFR): 02/01/16          Current Projected Date of Final Report (TFR): 03/01/18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 15-14291 -JDL | Trustee Name: | JOEL HALL, TRUSTEE |
|---|---|---|---|
| Case Name: | WRIGHT, KEN DEAN | Bank Name: | FIRST NATIONAL BANK OF VINITA |
|  | WRIGHT, RACHEL DESIREE | Account Number / CD #: | *******2661 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7622 |  |  |
|  |  | Blanket Bond (per case limit): | $ 8,946,000.00 |
| For Period Ending: | 11/14/17 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/16/16 | 10 | UNITED STATES TREASURY | TAX REFUNDS | 1224-000 | 5,572.21 |  | 5,572.21 |
| 07/06/16 | 010001 | KEN D. WRIGHT<br>1200 SPRINGLAKE ROAD<br>NEWCASTLE, OK 73065 | NON ESTATE FUNDS PAID TO DEBTOR | 8500-000 |  | 2,057.21 | 3,515.00 |
| 07/08/16 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 3,505.00 |
| 08/05/16 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 3,495.00 |
| 09/08/16 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 3,485.00 |
| 09/27/16 | 010002 | JOEL C. HALL P.C.<br>3001 OKLAHOMA TOWER<br>210 WEST PARK AVENUE<br>OKLAHOMA CITY, OK 73102 | ATTORNEY FEES |  |  | 820.90 | 2,664.10 |
|  |  |  | Fees           775.00 | 3110-000 |  |  |  |
|  |  |  | Expenses        45.90 | 3120-000 |  |  |  |
| 10/07/16 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,654.10 |
| 11/07/16 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,644.10 |
| 12/07/16 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,634.10 |
| 01/09/17 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,624.10 |
| 02/07/17 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,614.10 |
| 03/07/17 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,604.10 |
| 06/19/17 | 010003 | JOEL HALL, TRUSTEE<br>210 Park Avenue Suite 3001<br>joel@okcfirm.com<br>OKLAHOMA CITY, OK 73102 | Chapter 7 Compensation/Expense |  |  | 960.31 | 1,643.79 |
|  |  |  | Fees           878.75 | 2100-000 |  |  |  |
|  |  |  | Expenses        81.56 | 2200-000 |  |  |  |
| 06/19/17 | 010004 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GALAXY ASSET PURCHASING LLC<br>PO BOX 788 | Claim 000001, Payment 12.91879%<br>(1-1) MONEY LOANED | 7100-000 |  | 55.68 | 1,588.11 |

Page Subtotals     5,572.21     3,984.10

Ver: 20.00e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 15-14291 -JDL | | Trustee Name: | JOEL HALL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WRIGHT, KEN DEAN | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | WRIGHT, RACHEL DESIREE | | Account Number / CD #: | *******2661 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7622 | | | |
| For Period Ending: | 11/14/17 | | Blanket Bond (per case limit): | $ 8,946,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/19/17 | 010005 | QUANTUM3 GROUP LLC AS AGENT FOR SADINO FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Claim 000002, Payment 12.91874% (2-1) MONEY LOANED | 7100-000 | | 76.28 | 1,511.83 |
| 06/19/17 | 010006 | QUANTUM3 GROUP LLC AS AGENT FOR SADINO FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Claim 000003, Payment 12.91874% (3-1) MONEY LOANED | 7100-000 | | 76.28 | 1,435.55 |
| 06/19/17 | 010007 | U.S. DEPARTMENT OF EDUCATION CO FEDLOAN SERVICING P.O. BOX 69184 HARRISBURG, PA 17106-9184 | Claim 000004, Payment 12.91820% (4-1) ACCOUNT NUMBER (LAST 4 DIGITS):5734 | 7100-000 | | 361.99 | 1,073.56 |
| 06/19/17 | 010008 | AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124-8848 | Claim 000005, Payment 12.91839% | 7100-000 | | 565.12 | 508.44 |
| 06/19/17 | 010009 | AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON PO BOX 248838 OKLAHOMA CITY, OK 73124-8838 | Claim 000006, Payment 12.91870% | 7100-000 | | 67.34 | 441.10 |
| 06/19/17 | 010010 | AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON PO BOX 248838 OKLAHOMA CITY, OK 73124-8838 | Claim 000007, Payment 12.91797% | 7100-000 | | 218.70 | 222.40 |
| 06/19/17 | 010011 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC PO BOX 5008 CAROL STREAM, IL 60197-5008 | Claim 000008, Payment 12.91757% | 7100-000 | | 83.10 | 139.30 |

Page Subtotals     0.00     1,448.81

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 15-14291 -JDL | Trustee Name: | JOEL HALL, TRUSTEE |
|---|---|---|---|
| Case Name: | WRIGHT, KEN DEAN | Bank Name: | FIRST NATIONAL BANK OF VINITA |
|  | WRIGHT, RACHEL DESIREE | Account Number / CD #: | *******2661  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7622 |  |  |
| For Period Ending: | 11/14/17 | Blanket Bond (per case limit): | $ 8,946,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/19/17 | 010012 | OG&E ELECTRIC SERVICES<br>BANKRUPTCY CLERK<br>P.O. BOX 321 M223<br>OKLAHOMA CITY, OK 73101 | Claim 000009, Payment 12.91814%<br>(9-1) ACCOUNT NUMBER (LAST 4 DIGITS):7290 | 7100-000 |  | 70.67 | 68.63 |
| 06/19/17 | 010013 | ARVEST BANK<br>ATTN:COLLECTIONS/BANKRUPTCY<br>PO BOX 11110<br>FORT SMITH, AR 72901 | Claim 000010, Payment 12.91907%<br>(10-1) ACCOUNT NUMBER (LAST 4 DIGITS):7407 | 7100-000 |  | 68.63 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,572.21 | 5,572.21 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 5,572.21 | 5,572.21 |
| Less:  Payments to Debtors |  | 2,057.21 |
| Net | 5,572.21 | 3,515.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account (Non-Interest Earn - *******2661 | 5,572.21 | 3,515.00 | 0.00 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 5,572.21 | 3,515.00 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      139.30

Ver: 20.00e